# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM G. MOORE

      v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5349FDB/
CR95-5415FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Petitioner's 28 U.S.C. § 2255 petition [Dkt. #1] is **DENIED**.

   August 6, 2007  
DATE

   BRUCE RIFKIN  
Clerk

   *s/CM Gonzalez*  
Deputy Clerk